THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM HODGES, Appellant. [892 NYS2d 781]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Mastro, J.P., Covello, Balkin and Belen, JJ., concur.